IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE GEORGETOWN UNIVERSITY, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and HISTADRUTH HORABONIM DEAMERICA<br><br>  Defendants. | Case No. 1:15-cv-00026 |
| JANE DOE 2, AND ALL OTHER CLASS MEMBERS AS DEFINED HEREIN,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and RABBINICAL COUNCIL OF AMERICA<br><br>  Defendants. | Case No. 1:15-cv-00028 |

**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE CASES AND STAY PROCEEDINGS PENDING APPOINTMENT OF INTERIM CLASS COUNSEL AND <u>THE FILING OF A CONSOLIDATED COMPLAINT</u>**

1

Upon consideration of the Motion to Consolidate and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint, it is this _____ day of _____, 2015,

ORDERED, that the Motion be and the same hereby is GRANTED, and it is further

ORDERED, that Case Numbers 1:15-cv-00026 and 1:15-cv-00028 be consolidated for all proceedings in this action; and it is further

ORDERED, that the Clerk of the Court consolidate the two actions set forth above under Case Number 1:15-cv-00026 and that Case Number 1:15-cv-00028 is to be closed; and it is further

ORDERED, that the consolidated action be referred to as "*Jane Doe, et al. v. Kesher Israel Congregation, et al.*" and shall proceed under Case Number 1:15-cv-00026, and that all filings are to be made only under Case Number 1:15-cv-00026; and it is further

ORDERED, that the court shall set a briefing scheduling for the determination and appointment of Interim Class Counsel; and it is further

ORDERED, that all proceedings in the two Jane Doe lawsuits are stayed pending the determination and appointment of interim class counsel, and the filing of a Consolidated Complaint; and it is further

ORDERED,  that the defendants shall have thirty (30) days' time for the filing of the defendants' responses from the filing of the Consolidated Complaint to answer or otherwise respond.

_____
Judge, United States District Court
of the District of Columbia