IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, AND ALL OTHER CLASS MEMBERS AS DEFINED HEREIN,<br><br>Plaintiffs,<br>v.<br><br>THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and RABBINICAL COUNCIL OF AMERICA<br><br>Defendants. | Case No. 1:15-cv-00028 (CRC) |

## NOTICE OF APPEARANCE OF GUY BRENNER

Notice is hereby given that Guy Brenner (D.D.C. Bar # D00238) of Proskauer Rose LLP enters his appearance on behalf of Defendant The Rabbinical Council of America, Inc. (the "RCA") in the above-captioned matter.

Dated:  January 20, 2015

/s/ Guy Brenner
Guy Brenner (D.D.C. Bar # D00238)
gbrenner@proskauer.com
Proskauer Rose LLP
1001 Pennsylvania Ave.,
N.W. Washington, DC
20004
T: (202) 416-6800
F: (202) 416-6900

*Attorney for Defendant,*
*The Rabbinical Council of America, Inc.*