Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JANE DOE, 2

Plaintiff(s)

v.

GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREGATION et al

Defendant(s)

Civil Action: 15-28 CRC

**RE:** Defendants: NATIONAL CAPITAL MIKVAH, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 12/20/14 Superior Court, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of February, 2015 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ T. Davis
Deputy Clerk