# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE, 2,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREGATION, <u>et al.</u>,**<br><br>    Defendants. | Case No. 1:15-cv-00028 (CRC) |

## <u>ORDER</u>

In light of ongoing litigation in this matter and a related case, <u>Doe 1 et al. v. Georgetown University, et al.</u>, 1:15-cv-00026 (CRC), it is hereby

**ORDERED** that the Clerk's Entries of Default as to Defendants Histadruth Horabonim Deamerica-Rabbinical Council of America, Inc. [ECF No. 23], Georgetown Synagogue-Kesher Israel Congregation [ECF No. 24], and National Capital Mikvah, Inc. [ECF No. 25] are VACATED.  <u>See</u> Fed. R. Civ. P. 55(c) ("The court may set aside an entry of default for good cause."); <u>Jackson v. Beech</u>, 636 F.2d 831, 835 (D.C. Cir. 1980) (noting that the D.C. Circuit strongly disfavors entries of default when resolution of a case on its merits is possible).  It is further

**ORDERED** that Plaintiff's Motion to Strike Defendants' Opposition to Plaintiff's Motion to Remand Case and/or to Stay Case Except for Discovery Regarding Class Membership [ECF No. 26] is DENIED as moot.  It is further

**ORDERED** that, in the interests of judicial economy and efficient case management, Defendants need not answer or otherwise respond to Plaintiff's Complaint pending disposition of Defendants' Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint [ECF No. 4] and Plaintiff's Motion to

Remand Case and/or to Stay Case Except for Discovery Regarding Class Membership [ECF No. 12]. The Court will set a deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint following the resolution of these motions, if necessary.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date:   February 18, 2015