**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE 2, AND ALL OTHER CLASS MEMBERS AS DEFINED HEREIN,<br><br>Plaintiffs,<br>v.<br><br>THE GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and RABBINICAL COUNCIL OF AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:15-cv-00028 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JEREMY HEISLER**

I, Jeremy Heisler, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am a citizen of the United States and a resident of New York, NY. I am a partner at Sanford Heisler Kimpel LLP, with offices located in Washington, D.C., New York, NY, and San Francisco, CA. I work in the New York office, located at 1350 Avenue of the Americas, New York, NY 10019. My office telephone number is 646-402-5650, my facsimile is 646-402-5651, and my email address is jheisler@sanfordheisler.com.

2. Pursuant to Rule 83.2(d) of the Local Civil Rules of the United States District Court for the District of Columbia, I am submitting this declaration in support of the Motion for Jeremy Heisler to Appear *Pro Hac Vice* as Counsel for Plaintiff Jane Doe 2, and all other class members as defined herein in the above-captioned matter.

1

3.     I am a member in good standing of the Bar of the State of New York, having been admitted in 1980.

4.     I am also admitted to practice in United States District Courts for the Eastern and Southern Districts of New York, the United States Court of Appeals for the Second Circuit, and the Supreme Court of the United States.

5.     I have never been denied admission or disciplined by this Court or any other court and there are no disciplinary proceedings against me in any jurisdiction.

6.     I have not been admitted *pro hac vice* in this Court within the last two years.

7.     I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: March 30, 2015                                        /s/ Jeremy Heisler

Jeremy Heisler (pro hac vice pending)
jheisler@sanfordheisler.com
Sanford Heisler Kimpel, LLP
1350 Avenue of the Americas
New York, NY 10019
T: 646-402-5650
F: 646-402-5651

Attorney for Plaintiff, Jane Doe 2, and all other class members defined herein.