# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2015, a true and correct copy of the foregoing was served upon the following counsel of record via the Court's ECF system:

Ira Sherman, D.C. Bar No. 212175
Joseph Cammarata, D.C. Bar No. 389254
Allan Siegel, D.C. Bar No. 447705
Matthew Tievesky, D.C. Bar No. 1004955
**CHAIKIN, SHERMAN, CAMMARATA,
& SIEGEL, P.C.**
1232 Seventeenth Street, N.W.
Washington, D.C. 200036

Edward C. Bacon, D.C. Bar No. 270124
Patricia M. Thornton, D.C. Bar No. 354951
**BACON, THORNTON & PALMER LLP**
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770-1411

Paul Blankenstein, D.C. Bar No. 304931
Maura M. Logan, D.C. Bar No. 1010924
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington D.C. 20036

Chelsea P. Azrak, *pro hac vice*
Evan T. Barr, D.C. Bar No. 425971
Samuel Groner, *pro hac vice*
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
(212)859-8000
Fax: (212)859-4000

/s/ David Sanford
David Sanford (D.D.C. Bar # 457933)
dsanford@sanfordheisler.com
Sanford Heisler Kimpel, LLP
1666 Connecticut Ave NW
Washington, D.C. 20009
T: 202-499-5200
F: 202-499-5199

2