**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 1:15-cv-00026 (CRC) ) ) ) |
| JANE DOE 2, AND ALL OTHER CLASS MEMBERS AS DEFINED HEREIN, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 1:15-cv-00028 (CRC) ) ) ) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 27, 2015 Order directing the parties to submit a status report advising the Court of the nature and extent of any proceedings in the above-referenced cases before the Superior Court for the District of Columbia (the "Superior Court") or the U.S.

Court of Appeals for the D.C. Circuit (the "D.C. Circuit") since the filing of Defendants' Motion to Stay the Court's July 24, 2015 Order remanding the case to the Superior Court, plaintiffs Jane Doe, Emma Shulevitz, Stephanie Smith, and plaintiff Jane Doe 2, and defendants The Georgetown Synagogue – Kesher Israel Congregation, the National Capital Mikvah, Inc., and Histadruth Horabonim Deamerica – Rabbinical Council of America (collectively, "Defendants"), jointly state as follows:

1. On August 27, 2015, all briefing on defendants' Petition for Permission to Appeal pursuant to 28 U.S.C. § 1453(c) ("Petition") was completed. If the D.C. Circuit grants the Petition, it must complete all action on the appeal, including rendering judgment, within 60 days thereafter, unless the time to do so is extended. 28 U.S.C. § 1453(c)(2)-(4). The D.C. Circuit has not yet acted on the Petition.

2. The Superior Court has neither ordered nor held any proceedings in these cases on remand from this Court.

Respectfully submitted,

Dated: September 2, 2015

/s/Steven J. Kelly
Steven J. Kelly, D.C. Bar No. 1021534
Silverman, Thompson, Slutkin, White LLC
201 N. Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  410.385.2225
skelly@mdattorney.com

Attorneys for Plaintiffs JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH

Dated: September 2, 2015

/s/Ira Sherman
Ira Sherman, D.C. Bar No. 212175
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
The Law Building, 1232 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.659.8600
Sherman@dc-law.net

Attorneys for Plaintiff JANE DOE 2 *and all other class members as defined herein*

Dated: September 2, 2015

/s/Maura M. Logan
Paul Blankenstein, D.C. Bar No. 304931
Maura M. Logan, D.C. Bar No. 1010924
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
pblankenstein@gibsondunn.com
mlogan@gibsondunn.com

Attorneys for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION

Dated: September 2, 2015

/s/Edward C. Bacon
Edward C. Bacon, D.C. Bar No. 270124
Patricia M. Thornton, D.C. Bar No. 354951
BACON, THORNTON & PALMER, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770-1411
Telephone: 301.345.7001
ebacon@lawbtp.com
pthornton@lawbtp.com

Attorneys for Defendant THE NATIONAL CAPITAL MIKVAH, INC.

| | |
|---|---|
| Dated: September 2, 2015 | */s/Evan T. Barr* <br> Evan T. Barr, D.C. Bar No. 425971 <br> Samuel Groner, Admitted *pro hac vice* <br> Chelsea P. Azrak, Admitted *pro hac vice* <br> FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP <br> One New York Plaza <br> New York, New York 10004 <br> Telephone: 212.859.8000 <br> Facsimile: 212.859.4000 <br> Evan.Barr@friedfrank.com <br> Samuel.Groner@friedfrank.com <br> Chelsea.Azrak@friedfrank.com <br><br> Attorneys for Defendant HISTADRUTH HORABONIM DEAMERICA – RABBINICAL COUNCIL OF AMERICA, INC. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2015, I caused the foregoing Joint Status Report to be filed and served via the Court's CM/ECF filing system.

                                                */s/Maura M. Logan*
                                                Maura M. Logan, D.C. Bar No. 1010924
                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, D.C. 20036
                                                Telephone:  202.887.3617
                                                E-mail: mlogan@gibsondunn.com